7 F.3d 242
 Resolution Trust Corporation, Duval Federal Savings Association
v.
Hallmark Builders, Inc., Nutt (Ronald D.), J.C. Concrete &
Masonry, Schilke Enterprises, Inc., J.A. Brown, Pence South
Brevard Sewer & Septic Tanks, Inc., Compfort Makers, Inc.,
Gregory (William G.), d/b/a American Brush & East Coast
Plumbing Co., Inc., Hursey (John W., Mary A.), Rinker
Materials Corporation, East Coast Lumber & Supply Company
 NO. 92-2410
 United States Court of Appeals,
Eleventh Circuit.
 Oct 13, 1993
 M.D.Fla., 996 F.2d 1144
 
 1
 DENIALS OF REHEARING EN BANC.